**Bruce W. KOENIG, Plaintiff–Appellant,**

v.

**MARYLAND DIVISION OF CORRECTION; Rodney Roderick; John White, Defendants–Appellees.**

No. 15–6946.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 19, 2015.

Bruce Wayne Koenig, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce W. Koenig appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Koenig v. Md. Div. of Corr.*, No. 1:13–cv–03801–JFM, 2015 WL 3644614 (D.Md. filed June 8, 2015 & entered June 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*